PEOPLE v PINCHEFF. Appeal from Monroe, James J. Kelley, Jr., J. Submitted Division 2 January 31, 1972 at Detroit. (Docket Nos. 11606, 11607.) Decided February 18, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James J. Rostash,* Prosecuting Attorney, and *Jan K. Teague,* Assistant Prosecuting Attorney, for the people.

*Patricia Costello,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to use of a motor vehicle without authority but without intent to steal (MCLA 750.414; MSA 28.646) and breaking and entering (MCLA 750.110; MSA 28.305). He was sentenced on both convictions and he appeals.

Our review of the records discloses no error, prejudicial or otherwise.

Affirmed.